*Tuesday, December 5, 2000*

## MOTION DOCKET

**00–505. Farm Credit Serv. of Mid–America v. Zaino.**
Board of Tax Appeals, Nos. 97–T–889 and 97–T–333. This cause is pending before the court as an appeal and cross-appeal from the Board of Tax Appeals. On May 9, 2000, and August 16, 2000, appellant/cross-appellee filed briefs that listed the name of Theodore R. Bots as co-counsel. On September 25, appellant/cross-appellee filed a motion for admission *pro hac vice,* but it did not include the name of Theodore R. Bots. Mr. Bots is not admitted to practice in Ohio and has not sought admission *pro hac vice* as required by S.Ct.Prac.R. I(1) and (2). Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the name of Theodore R. Bots be, and hereby is, stricken from appellant/cross-appellee's briefs and Theodore R. Bots shall not be permitted to participate in this case.

**00–507. Cincinnati Bell Tel. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–899–TP–ALT. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. On May 12, 2000, TCG Ohio filed a motion for leave to intervene, and on August 30, 2000, the motion to intervene was denied. On August 8, 2000, TCG Ohio and Worldcom, Inc. filed a merit brief. Due to the fact that permission to intervene had been denied,

IT IS ORDERED by the court, *sua sponte,* that the merit brief of TCG Ohio and Worldcom, Inc. be, and hereby is, stricken.

**00–1329. Rolf v. Tri State Motor Transit Co.**
Certified Question of State Law, No. 3:99CV7687. This cause came before the court on the certification of a state law question from the United States District Court for the Northern District of Ohio, Western Division. On November 29, 2000, petitioner filed a reply brief that was due, under S.Ct.Prac.R. XVIII, no later than November 20, 2000. Therefore, petitioner's reply brief is untimely and prohibited by S.Ct.Prac.R. XIV(1)(C). Accordingly,

IT IS ORDERED by the court, *sua sponte,* that petitioner's reply brief be, and hereby is, stricken.

**00–1919. Citizen Power, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 99–1212–EL–ETP, 99–1213–EL–ATA, and 99–1214–EL–AAM. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for admission *pro hac vice* of Harvey L. Reiter by William M. Ondrey Gruber,

IT IS ORDERED by the court that the motion for admission *pro hac vice* be, and hereby is, granted.

COOK, J., not participating.